**Order entered September 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01050-CV

### IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

Before the Court is the September 18, 2019 request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for an extension of time to file the reporter's record. The reporter's record is not due until October 7, 2019. *See* TEX. RS. APP. P. 35.1; 4.1(a). Accordingly, we **DENY** the motion as premature.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE